■ DALE J. MORRIS, Individually and as Parent and Natural Guardian of STEPHANIE MORRIS, an Infant, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 106569) [887 NYS2d 911]—Appeal from a judgment of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered October 9, 2008 in a personal injury action. The judgment dismissed the claim after a trial on liability.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ DARRELL WESSELDINE, Appellant, v COUNTY OF ONEIDA, Respondent. [887 NYS2d 924]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered September 18, 2008 in a personal injury action. The judgment dismissed the complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.